UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN ECONOMY INS., ET AL : | |
|     Plaintiffs : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-470 (JCH) |
| : | |
| CONNECTICUT LIGHT & POWER : | |
| COMPANY, ET AL : | |
|     Defendants : | DECEMBER 10, 2003 |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A ruling on the following motion which is currently pending (orefm.):

__√__ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of December, 2003.

/s/Janet C. Hall
Janet C. Hall
United States District Judge