UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN ECONOMY INS., ET AL : | |
|     Plaintiffs : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-470 (JCH) |
| : | |
| CONNECTICUT LIGHT & POWER : | |
| COMPANY, ET AL : | |
|     Defendants : | DECEMBER 10, 2003 |

**ORDER RE:  RULE 26(f) REPORT**

The Report of Parties Planning Meeting (Dkt. No. 19) is approved, except as follows.  With respect to:

    1.  Section V, paragraph E(2) - All discovery must be completed by May 15, 2004.

    2.  Section V, paragraph E(6) - Plaintiffs' expert disclosure must be completed by February 28, 2004; depositions of said experts must be completed by March 20, 2004.

    3.  Section V, paragraph E(7) - Defendants' expert disclosure must be completed by April 20, 2004; depositions of said experts must be completed by May 15, 2004.

    4.  Section V, paragraph F - Dispositive motions must be filed by May 31, 2004.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of December, 2003.

                                          /s/ Janet C. Hall
                                          Janet C. Hall
                                          United States District Judge