UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY a/s/o KENNETH STANCO and KENECTICUT HARDWARE, LLC | : : : : : |
| vs. | : CIVIL ACTION : No. 3:03CV470(JCH) : |
| CONNECTICUT LIGHT & POWER COMPANY and NORTHEAST UTILITIES SYSTEMS, INC. | : DECEMBER 2, 2003 : : : : |

### REQUEST FOR CONTINUANCE OF THE CALL OF THE CALENDAR

The undersigned, counsel for the defendants, The Connecticut Light and Power Company and Northeast Utilities Systems, Inc. [sic], requests that the call of the calendar scheduled for December 9, 2003 be continued. As set forth more fully below, counsel for the plaintiffs join in this request.

On July 31, 2003, all counsel filed a report of the parties' first planning meeting. In that report, the parties left open the issue of discovery deadlines pending the court's decision on defendants' motion for joinder/motion to dismiss.

On September 11, 2003, the court, (Hall, J.) in a telephone conference, advised all counsel that she intended to deny the motion to dismiss, without prejudice against the defendants' renewal of the motion at a later date. The court subsequently issued notice of that ruling.

GRANTED: Absent Objection
SO ORDERED
Janet C. Hall, U.S.D.J.  12/9/03

CARMODY & TORRANCE LLP
Attorneys at Law
{W1279002}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200