UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 19 P 2: 22

American Economy Ins          :
                              :
v.                            :          Civil No. 3:03cv470(JCH)
                              :
CT Light & Power              :

## ORDER

On December 10, 2003, the Honorable Janet C. Hall referred the above captioned case to the Magistrate Judge. Pursuant to L.R. 7(a)(1), all underlined original documents are to be filed at the Seat of Court of the District Judge assigned to this case. Counsel are directed to forward to chambers within 10 days copies of the Complaint(s), Answer(s) and any Pleadings previously filed in this case which are relevant to the referral. For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Dated at Bridgeport, Connecticut this 18 day of December 2003.

_____
Holly B. Fitzsimmons
U.S. Magistrate Judge