FILED

2004 FEB -5  P 12: 09

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY a/s/o KENNETH STANCO And KENECTICUT HARDWARE, LLC : <br><br> *Plaintiff* : <br><br> Vs. : <br><br> THE CONNECTICUT LIGHT AND POWER COMPANY and NORTHEAST UTILITIES SYSTEMS, INC. : <br> *Defendants* : | Civil Action <br> No. 3:03CV470 (JCH) <br><br><br><br><br><br><br><br><br><br> FEBRUARY 4, 2004 |

## APPLICATION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rules of Civil Practice §83.1(d), Thomas G. Parisot, counsel of record for plaintiffs, in the above-captioned matter, respectfully applies to this Court to admit Kevin P. Smith of the Law Offices of Robert A. Stutman, P.C., to enter his appearances *pro hac vice* and to practice before this Court in all respects solely for the purpose of this matter. In support of this application, I state the following:

1. Mr. Smith has extensive trial and appellate experience in the State and Federal Courts of New Jersey. Mr. Smith has been licensed to practice law 1985. Mr. Smith is

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

S:\020331\App rc Pro HAc Vice 01.21.04.doc           1

admitted to practice law in The State Courts of Pennsylvania and New Jersey, the United States District Courts for the Eastern District of Pennsylvania, The District of New Jersey, the Third Circuit Court of Appeals, the Southern District of New York, the Eastern District of New York and the Western District of New York. Mr. Smith has not been subject to disciplinary action in any court where he is admitted to practice.

1. Mr. Smith is in good standing and eligible to practice in all of the bars which he is a member.

2. Mr. Smith does not regularly practice law in the State of Connecticut, nor is he regularly employed or engaged in the practice of law in this court.

3. Mr. Smith's office address, telephone and facsimile numbers are as follows:

Law Offices of Robert A. Stutman, P.C.

275 Commerce Drive

Suite 304

Ft. Washington, PA  19034

Telephone – 215-283-1177

Facsimile – 215-283-1188

Mr. Smith's Affidavit in Support of Motion for Admission *Pro Hac Vice* is annexed hereto as Exhibit A.

S:\020331\App re Pro HAc Vice 01.21.04.doc        2

**SECOR, CASSIDY & MCPARTLAND, P.C.**  •  *ATTORNEYS AT LAW*
41 CHURCH STREET  •  P. O. BOX 2818  •  WATERBURY, CT 06723-2818  •  JURIS #55525  •  (203) 757-9261

WHEREFORE, for the above stated reasons, the undersigned respectfully requests that Kevin A. Smith be admitted to practice herein *pro hac vice* for the sole purpose of this matter.

>THE PLAINTIFF, American Economy Insurance
>Company a/s/o Kenneth Stanco and Kenecticut
>Hardware, LLC
>
>By: _____
>Thomas G. Parisot, for
>Secor, Cassidy & McPartland, P.C.
>41 Church Street, P.O. Box 2818
>Waterbury, Connecticut 06723-2818
>Phone No. (203) 757-9261
>Facsimile No. (203) 756-2762
>Federal Bar No. ct 06319

# ORDER

The foregoing Motion, having been heard, is hereby ordered:

Granted: _____   Denied: _____


BY THE COURT


_____
JUDGE / CLERK

**SECOR, CASSIDY & MCPARTLAND, P.C.**  •  *ATTORNEYS AT LAW*
41 CHURCH STREET  •  P. O. BOX 2818  •  WATERBURY, CT 06723-2818  •  JURIS #55525  •  (203) 757-9261

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed on the above date, postage prepaid, to all counsel and pro se parties of record as follows:

Maureen Danehy Cox, Esquire
Carmody & Torrance, LLP
50 Leavenworth Street
Post Office Box 1110
Waterbury, Connecticut 06721
Phone No. (203) 573-1200
Facsimile No. (203) 575-2600
Federal Bar No. ct 05499

_____
Thomas G. Parisot

S:\020331\App re Pro Hac Vice 01.21.04.doc        5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 FEB -5  P 1: 03

US DISTRICT COURT
BRIDGEPORT

| | | |
|---|---|---|
| AMERICAN ECONOMY INSURANCE | : | NO.:03CV470 (JCH) |
| COMPANY a/s/o KENNETH STANCO | : | |
| and KENECTICUT HARDWARE, LLC | : | |
| | : | |
| vs. | : | |
| | : | |
| CONNECTICUT LIGHT & | : | |
| POWER COMPANY | : | |
| and | : | |
| NORTHEAST UTILITIES | : | |
| SYSTEMS, INC. | | |

### AFFIDAVIT OF KEVIN P. SMITH

COMMONWEALTH OF PENNSYLVANIA  )
                              )  ss:
COUNTY OF MONTGOMERY          )

KEVIN P. SMITH, ESQUIRE, being duly sworn, deposes and says as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania, and am a member of the law firm of LAW OFFICES OF ROBERT A. STUTMAN, P.C., 275 Commerce Drive, Suite 304, Fort Washington, Pennsylvania, (215) 283-1177, Fax (215) 283-1188.

2. I am a member in good standing of the bar of the Supreme Court of the States of Pennsylvania and New Jersey. I am is also admitted to practice in the United States District Court for the Southern District of New York, the Eastern District of New York and the Western District of New York.

3. I have never been denied admission or disciplined by this Court or any other Court. I have reviewed and am familiar with the rules of the United States District Court for the District of Connecticut.

4. I seek to be specially admitted, *pro hac vice* to the Bar of this Court for the purpose of representing Plaintiffs, American Economy Insurance Company, in this action. Granting of such privileges will not delay this action or require modification of a scheduling order.

5. The nature of this action involves a fire causing property damage.

6. I am fully familiar with the facts in this matter and my client has specifically requested that I represent their interests in this action.

7. If the Court shall allow my Motion to Appear *Pro Hac Vice* in the above-captioned matter, I will continue to represent my clients in this proceeding until the final determination thereof, with reference to all matters, incidents or proceedings. I agree that I shall be subject to the orders and amenable to a disciplinary action in the civil jurisdiction of this Court and Connecticut Bar in all respects as if I were a regularly admitted and licensed good member of the Bar of the State of Connecticut.

8. I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Kevin P. Smith
Kevin P. Smith, Esquire
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
275 Commerce Drive
Suite 304
Ft. Washington, PA 19034
(215) 283-11771

Sworn to before me on this
23rd day of January, 2003 2004

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA

Notarial Seal
Stacy L. Rovner, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 20, 2007

Member, Pennsylvania Association Of Notaries