#27

FILED

2004 FEB -5 P 12:09

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY a/s/o KENNETH STANCO And KENECTICUT HARDWARE, LLC<br><br>*Plaintiff*<br><br>Vs.<br><br>THE CONNECTICUT LIGHT AND POWER COMPANY and NORTHEAST UTILITIES SYSTEMS, INC.<br>*Defendants* | Civil Action<br>No. 3:03CV470 (JCH)<br><br><br><br><br><br><br><br><br><br>FEBRUARY 4, 2004 |

## APPLICATION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rules of Civil Practice §83.1(d), Thomas G. Parisot, counsel of record for plaintiffs, in the above-captioned matter, respectfully applies to this Court to admit Kevin P. Smith of the Law Offices of Robert A. Stutman, P.C., to enter his appearances *pro hac vice* and to practice before this Court in all respects solely for the purpose of this matter. In support of this application, I state the following:

Mr. Smith has extensive trial and appellate experience in the State and Federal Courts of New Jersey. Mr. Smith has been licensed to practice law 1985. Mr. Smith is

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

*Application granted.*
*So ordered.*

-USDJ 2/10/04

S:\020331\App re Pro HAc Vice 01.21.04.doc    1