# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2004 MAR 22 P 12: 29
U.S. DISTRICT COURT
BRIDGEPORT, CONN

AMERICAN ECONOMY INSURANCE COMPANY
a/s/o KENNETH STANCO and KENECTICUT
HARDWARE, LLC

**APPEARANCE**

v.

CASE NUMBER: 3:03CV470 (JCH)

THE CONNECTICUT LIGHT AND POWER
COMPANY and NORTHEAST UTILITIES
SYSTEMS, INC.

**To the Clerk of this court and all parties of record:**

   **Enter my appearance as counsel in this case for:**

Plaintiffs, American Economy Insurance Company a/s/o Kenneth Stanco and Kenecticut Hardware, LLC

---

3/18/04
**Date**

---

ct25660
**Connecticut Federal Bar Number**

(215) 283-1177
**Telephone Number**

(215) 283-1188
**Fax Number**

smithk@stutmanlaw.com
**E-mail address**

---

*[signature]*
**Signature**

Kevin P. Smith
**Print Clearly or Type Name**

275 Commerce Drive, Suite 304
**Address**

Ft. Washington, PA 19034

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Maureen D. Cox, Esquire
Carmody and Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Thomas G. Parisot, Esquire
Secor, Cassidy & McPartland, P.C.
41 Church Street
P.O. Box 2818
Waterbury, CT 06723-2818

*[signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)