FILED

2004 MAR 22 P 1: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY a/s/o KENNETH STANCO And KENECTICUT HARDWARE, LLC | |
| *Plaintiff* | Civil Action No. 3:03CV470 (JCH) |
| Vs. | |
| THE CONNECTICUT LIGHT AND POWER COMPANY and NORTHEAST UTILITIES SYSTEMS, INC. | |
| *Defendants* | MARCH 17, 2004 |

## APPLICATION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rules of Civil Practice §83.1(d), David J. Bozzuto of Secor, Cassidy & McPartland, counsel of record for plaintiffs, in the above-captioned matter, respectfully applies to this Court to admit Michael J. Reilly of the Law Offices of Robert A. Stutman, P.C., to enter his appearances *pro hac vice* and to practice before this Court in all respects solely for the purpose of this matter. In support of this application, I state the following:

1.  Mr. Reilly has extensive trial and appellate experience in the State and Federal Courts of Pennsylvania and New Jersey. Mr. Reilly has been licensed to practice law

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

S:\020331\App re Pro HAc Vice Reilly 03.16.04.doc            1

SECOR, CASSIDY & MCPARTLAND, P.C.  •  ATTORNEYS AT LAW
41 CHURCH STREET  •  P. O. BOX 2818  •  WATERBURY, CT 06723-2818  •  JURIS #55525  •  (203) 757-9261

since 1998. Mr. Reilly is admitted to practice law in The State Courts of Pennsylvania and New Jersey, and The District of New Jersey. Mr. Reilly has not been subject to disciplinary action in any court where he is admitted to practice.

1. Mr. Reilly is in good standing and eligible to practice in all of the bars which he is a member.

2. Mr. Reilly does not regularly practice law in the State of Connecticut, nor is he regularly employed or engaged in the practice of law in this court.

3. Mr. Reilly's office address, telephone and facsimile numbers are as follows:

Law Offices of Robert A. Stutman, P.C.

275 Commerce Drive

Suite 304

Ft. Washington, PA  19034

Telephone – 215-283-1177

Facsimile – 215-283-1188

Mr. Reilly's Affidavit in Support of Motion for Admission *Pro Hac Vice* is annexed hereto as Exhibit A.

WHEREFORE, for the above stated reasons, the undersigned respectfully requests that Michael J. Reilly be admitted to practice herein *pro hac vice* for the sole purpose of this matter.

S:\020331\App re Pro HAc Vice Reilly 03.16.04.doc        2

THE PLAINTIFF, American Economy Insurance
Company a/s/o Kenneth Stanco and Kenecticut
Hardware, LLC

By: _____
David J. Bozzuto for
Secor, Cassidy & McPartland, P.C.
41 Church Street, P.O. Box 2818
Waterbury, Connecticut 06723-2818
Phone No. (203) 757-9261
Facsimile No. (203) 756-2762
Federal Bar No. ct 06319

S:\020331\App re Pro HAc Vice Reilly 03.16.04.doc        3

## **ORDER**

The foregoing Motion, having been heard, is hereby ordered:

Granted: _____   Denied: _____

BY THE COURT

_____
JUDGE / CLERK

S:\020331\App re Pro Hac Vice Reilly 03.16.04.doc          4

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed on the above date, postage prepaid, to all counsel and pro se parties of record as follows:

Maureen Danehy Cox, Esquire
Carmody & Torrance, LLP
50 Leavenworth Street
Post Office Box 1110
Waterbury, Connecticut 06721
Phone No. (203) 573-1200
Facsimile No. (203) 575-2600
Federal Bar No. ct 05499

David J. Bozzuto

S:\020331\App re Pro Hac Vice Reilly 03.16.04.doc      5

SECOR, CASSIDY & MCPARTLAND, P.C.  •  ATTORNEYS AT LAW
41 CHURCH STREET  •  P. O. BOX 2818  •  WATERBURY, CT 06723-2818  •  JURIS #55525  •  (203) 757-9261

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE : <br> COMPANY a/s/o KENNETH STANCO : <br> and KENECTICUT HARDWARE, LLC : <br> : <br> vs. : <br> : <br> CONNECTICUT LIGHT & : <br> POWER COMPANY : <br> and : <br> NORTHEAST UTILITIES : <br> SYSTEMS, INC. | NO.:03CV470 (JCH) |

## AFFIDAVIT OF MICHAEL J. REILLY

COMMONWEALTH OF PENNSYLVANIA  )
                             )  ss:
COUNTY OF MONTGOMERY          )

MICHAEL J. REILLY, ESQUIRE, being duly sworn, deposes and says as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania, and an associate with THE LAW OFFICES OF ROBERT A. STUTMAN, P.C., 275 Commerce Drive, Suite 304, Fort Washington, Pennsylvania

2. I am a member in good standing of the bars of the Supreme Court of the States of Pennsylvania and New Jersey. I am is also admitted to practice in the United States District Court, District of New Jersey.

3. I have never been denied admission or disciplined by this Court or any other Court.

4. I seek to be specially admitted, *pro hac vice* to the Bar of this Court for the purpose of representing the plaintiffs. Granting of such privileges will not delay this action or require modification of a scheduling order.

5. The nature of this action involves property damage arising from a fire.

6. I am fully familiar with the facts in this matter and American Economy Insurance Company has specifically requested that I represent their interests in this action.

7. If the Court shall allow my Motion to Appear *pro hac vice* in the above-captioned matter, I will continue to represent my clients in this proceeding until the final determination thereof, with reference to all matters, incidents or proceedings. I agree that I shall be subject to the orders and amenable to a disciplinary action in the civil jurisdiction of this Court and Connecticut Bar in all respects as if I were a regularly admitted and licensed good member of the Bar of the State of Connecticut.

8. I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael J. Reilly, Esquire
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
275 Commerce Drive
Suite 304
Ft. Washington, PA 19034
(215) 283-11771

Sworn to before me on this
29 day of January, 2004

_____
Notary Public

NOTARIAL SEAL
LISA A. PALMER, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires November 5, 2005

2