UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

American Economy Insurance Company

V.                              Case Number:  3:03cv470(JCH)

The Connecticut Light And Power Company, etal

**<u>Motion for PHV</u>** doc.# **<u>30</u>**

**<u>GRANTED</u>**


    Dated at Bridgeport, Connecticut, April 6, 2004.


        KEVIN F. ROWE, CLERK

        By: _____
            Carol Sanders
            Deputy Clerk