## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY a/s/o KENNETH STANCO and KENECTICUT HARDWARE, LLC | NO.:03CV470 (JCH) |
| vs. | |
| CONNECTICUT LIGHT & POWER COMPANY and NORTHEAST UTILITIES SYSTEMS, INC. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED AND STIPULATED among all parties that all claims against Defendants are hereby dismissed with prejudice pursuant to the Settlement Agreement entered into by such parties.

SECOR, CASSIDY & MCPARTLAND, P.C.

By: _____
Thomas G. Parisot, Esquire
41 Church Street
P.O. Box 2818
Waterbury, CT 06723-2818
(203) 757-9261
Attorney for Plaintiffs

Dated: 9/22/04

CARMODY AND TORRANCE

By: _____
Maureen D. Cox, Esquire
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200
Attorney for Defendants

Dated: 9/22/04